John J. Volin, #09880
Trucly D. Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road
Suite 106
Tempe, AZ 85284
Phone:(480) 820-0800
Fax:(480) 820-3575
Email: joe@volinlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| HOWARD RICHARD VEAL, JR. xxx-xx-2740 | Case No 2-09-bk-14808 RJH |
| and | MOTION TO RESTRICT PUBLIC ACCESS TO FILED DOCUMENT – PROOF OF CLAIM FILED BY AMERENCILCO |
| SHELLI AYESHA VEAL xxx-xx-6313, | |
| Debtors. | CLAIM: 9-1<br>FILED: 7/24/09 |

HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, ("MOVANTS"), move this honorable Court for an Order Restricting Public Access to the following proof of claim:

    Claimant:     AmerenCILCO

    Claim No:     9-1

    Amount:      $536.46

    Date Filed:    7/24/2009

This proof of claim contains the debtor's **social security number** and other private information

that should not have been divulged to the general public.

The publication of this private information to the public has now **exposed the MOVANT to identity theft and other damages.**

The publication of this private information to the public violates various state and federal laws, local court orders, and common law torts including but not limited to:

    a)    Bankruptcy Rule 9037;

    b)    The Gramm-Leach-Bliley Act of 15 USC 6801-6809; and

    c)    Common Law Torts of Invasion of Privacy, Negligence, Enablement of Identity Theft, and Tort in Se.

The Bankruptcy Code provision **11 USC 107(c)** codifies the power of the Bankruptcy Court to **protect against identity theft** by restricting identification information about a debtor in papers filed or about to be filed in a case.

Wherefore, MOVANTS respectfully request this court to **immediately restrict public access** to the proof of claim.

Respectfully submitted this 30th day of July, 2009.

        /s/ JJV, #09880
        John J. Volin, #09880
        2033 East Warner Road
        Suite 106
        Tempe, AZ 85284
        Attorney for Movants

Copy of the foregoing
mailed this 30th day
of July, 2009 to the following:

Edward J. Maney
Chapter 13 Trustee
PO Box 10434
Phoenix AZ   85064

By:   /s/ JJV, #09880
     John J. Volin