John J. Volin, #09880
Trucly D. Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road
Suite 106
Tempe, AZ  85284
Phone:(480) 820-0800
Fax:(480) 820-3575
Email: joe@volinlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HOWARD RICHARD VEAL, JR.<br>xxx-xx-2740<br><br>and<br><br>SHELLI AYESHA VEAL<br>xxx-xx-6313,<br><br>Debtors. | Chapter 13 Proceeding<br><br>Case No 2-09-bk-14808 RJH<br><br>MOTION FOR EXPEDITED RULING ON MOTION TO RESTRICT PUBLIC ACCESS TO FILED DOCUMENT – PROOF OF CLAIM FILED BY AMERENCILCO<br><br>CLAIM:    9-1<br>FILED:    7/24/09 |

HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, ("MOVANTS"), move this honorable Court for an Order expediting the ruling on the Motion to Restrict Public Access to Filed Document-Proof of Claim 9-1 filed July 24, 2009 by AmerenCILCO for the reason this proof of claim contains the debtor's social security number and other private information that should not have been divulged to the general public, exposing MOVANTS to potential identity theft and other damages.

Wherefore, MOVANTS respectfully request this court for an expedited ruling on Motion to Restrict Public Access to Filed Document-Proof of Claim 9-1 filed July 24, 2009 by AmerenCILCO.

Respectfully submitted this 30th day of July, 2009.

/s/ JJV, #09880
John J. Volin, #09880
2033 East Warner Road
Suite 106
Tempe, AZ 85284
Attorney for Movants

Copy of the foregoing
mailed this 30th day
of July, 2009 to the following:

Edward J. Maney
Chapter 13 Trustee
PO Box 10434
Phoenix AZ  85064

By:  /s/ JJV, #09880
     John J. Volin