**Edward J. Maney, Trustee**
**P.O. Box 10434**
**Phoenix, Arizona 85064**
**Telephone (602) 277-3776**
**ejm@maney13trustee.com**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 BANKRUPTCY |
| | ) |
| HOWARD RICHARD VEAL, JR., | ) CASE NO: 09-14808-PHX-RJH |
| SHELLI AYESHA VEAL, | ) |
| | ) |
| | ) TRUSTEE'S RESPONSE |
| | ) TO DEBTOR'S MOTION TO |
| Debtor(s) | ) SELL REAL PROPERTY |

Edward J. Maney, Trustee has reviewed Debtor(s) Motion files this Response:

Having reviewed documentation regarding the debtors' proposed sale of his real property located at 2910 E. Windsong Dr., in Phoenix Arizona, the Trustee does not object to the proposed sale.

Dated: [see electronic signature]

_____
Edward J. Maney, Trustee

Copies of the forgoing
Mailed on [see electronic signature]
to the following:

Howard Veal
Shelli Veal
633 W. Raven Dr.
Chandler, AZ 85286
Debtors

John Joseph Volin, Esq.
2033 E. Warner Road
Suite #106
Tempe, AZ 85284-3417
Debtors' counsel

By:_____
Trustee's Clerk