John Joseph Volin #009880
Trucly D. Pham #026088
2033 East Warner Road, Suite 106
Tempe, Arizona  85284
Phone: (480) 820-5568
Fax:    (480) 820-3575
E-mail: joe@volinlaw.com
            tpham@volinlaw.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| IN RE:<br><br>HOWARD RICHARD VEAL, JR. and<br>SHELLI AYESHA VEAL,<br><br>Debtors. | Case No:  2:09-bk-14808 RJH<br><br>**OBJECTION TO PROOF OF CLAIM NO. 4-1 FILED BY AMERICAN HOME MORTGAGE SERVICING, INC.** |
|---|---|

COMES NOW Howard Richard Veal, Jr. and Shelli Ayesha Veal (herein the "Debtors"), by and through their attorney of record, and file this Objection to Proof of Claim No. 4-1 filed by American Home Mortgage Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2006-3 Asset-Backed Certificates, Series 2006-3 (hereinafter "AHMSI" or "Claimant") and in support thereof would show the Court the following:

1. On June 29, 2009, the Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11, United States Code.

2. On or about July 20, 2009, AHMSI filed its Proof of Claim asserting a secured claim for a mortgage on the Debtors' real property in the amount of $158,399.17.

3. The Debtors object to AHMSI's proof of claim on the basis that AHMSI is without standing to bring a claim in this bankruptcy proceeding.   No evidence is provided to support that AHMSI has standing to file a proof of claim in this case.  In fact, the documentation supplied

indicates that the promissory note is owed to GSF Mortgage rather than the Claimant, while the mortgage was assigned to Option One.

**WHEREFORE,** the Debtors pray the Court enter an Order:

A. Directing the Chapter 13 Trustee to strike the proof of claim filed by AMHSI;

B. That AHMSI be required to pay reasonable legal fees and expenses to John Joseph Volin, the attorney for the Debtors, for the filing of an improper pleading in this case, in the amount of $750.00; and

C. That the Debtors have such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 5th day of November, 2009.

                                  JOHN JOSEPH VOLIN, P.C.

BY:   /s/ JJV #09880
        John Joseph Volin
        Trucly D. Pham
        2033 East Warner Road, Suite 106
        Tempe, Arizona 85284
        Attorney for Plaintiffs/Debtors