John Joseph Volin, #09880
Trucly D. Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
(480) 820-0800
Email: joe@volinlaw.com
Email: tpham@volinlaw.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, | Case No. 2-09-bk-14808 |
| Debtors. | |
| JPMORGAN CHASE BANK, N.A., | |
| Movant, | RESPONSE TO MOTION SEEKING TERMINATION OF THE AUTOMATIC STAY OF 11 U.S.C. § 362 (a) |
| v. | |
| HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, Debtors; EDWARD J. MANEY, Trustee, | |
| Respondents. | |

**COMES NOW** Howard Richard Veal, Jr. and Shelli Ayesha Veal (herein the "Debtors"), by and through their attorney of record, move to dismiss the motion seeking termination of the automatic stay filed by JPMorgan Chase Bank, N.A. (herein the "Movant") on the following grounds:

Debtors will be filing an Amended Chapter 13 Plan which will provide for the delinquent plan payments.

In addition, Movant alleges that adequate protection has not been afforded to it when, in fact, Movant has received monthly adequate protection payments through July, 2010.

1

For the foregoing reasons, Debtors respectfully request that Movant's Motion Seeking Termination of the Automatic Stay be denied.

DATED: August 9, 2010.  JOHN JOSEPH VOLIN, P.C.

/s/ JJV, #09880
By: John J. Volin, #09880
Trucly D. Pham, #026088
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
Attorney for Debtors

Copy of the foregoing
mailed 8/9/2010 to:

Patricia Doyle Kossick
PATRICIA DOYLE-KOSSICK, PLC
4500 S. Lakeshore Dr., Suite 575
Tempe, AZ 85282-7187
Attorneys for Movant

Edward J. Maney
Chapter 13 Trustee
PO Box 10434
Phoenix, AZ 85064-0434

Howard and Shelli Veal
653 W. Raven Dr.
Chandler, AZ 85286

/s/ JJV, #09880
By: John J. Volin, #09880

2