| UNITED STATES BANKRUPTCY APPELLATE PANEL | FILED |
| --- | --- |
| OF THE NINTH CIRCUIT | JUN 10 2011 |

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

In re: HOWARD RICHARD VEAL, JR.;
SHELLI AYESHA VEAL

Debtors

-------------------------------

HOWARD RICHARD VEAL, JR.; SHELLI
AYESHA VEAL

Appellants

v.

WELLS FARGO BANK, N.A., as Trustee for
Option One Mortgage Loan Trust 206-3
Asset-Backed Certificates, Series 2006-3, and
its successor and/or assignees

Appellee

BAP No. AZ-10-1056-MkKiJu

Bankr. No. 09-14808
Chapter 13

June 10, 2011

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for Arizona - Phoenix.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is REVERSED.

### FOR THE PANEL,

Susan M Spraul
Clerk of Court
**By:** Edwina Clay, Deputy Clerk

**Date:** June 10, 2011