

# U.S. Bankruptcy Court, District of Arizona - Undeliverable Notice, In re: HOWARD RICHARD VEAL, Case Number: 09-14808, RJH, Ref: [p-41946341]

**FILED**
**AUG 27 2012**
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

USBankruptcyCourts@noticingcenter.com
<USBankruptcyCourts@noticingcenter.com>
To: joe@volinlaw.com

Wed, Aug 1, 2012 at 2:40 PM

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** c/o Mark S. Bosco US Bank National Association, as
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** US Bank, N.H. as Trustee
c/o Mark S. Bosco, 2525 E. Camelback, 3rd Floor, Phoenix, AZ 85016

**UNDELIVERABLE ADDRESS:** GOAL FINANCIAL
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** Goal Financial
ACS, PO Box 7051, Utica, NY 13504-7051

**UNDELIVERABLE ADDRESS:** MERS as nominee for the Bank of New York Mellon f/
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** MERS as nominee for the Bank of New York Mellon
c/o Tiffany & Bosco, 2525 E Camelback, 3rd Floor, Phoenix, AZ 85016

**UNDELIVERABLE ADDRESS:** C/O MARK S. BOSCO Wells Fargo Bank, N.A.
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** Wells Fargo Bank, N.A
c/o Mark S. Bosco, 2525 E. Camelback, 3rd Floor, Phoenix, AZ 85016

**UNDELIVERABLE ADDRESS:** Deutsche Bank National Trust Company, as Trustee i
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** Deutsche Bank National Trust Company, as Trustee c/o McCarthy, Holthus + Levine, 3636 N. Central Ave., Suite 1050, Phoenix, AZ 85012

_____          6-24-12
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

---

📎 B_P20914808pdf0110539.PDF
   59K