John J. Volin, #09880
Trucly Pham Swartz, #026088
JOHN JOSEPH VOLIN, P.C.
1811 South Alma School Road, Suite 265
Mesa, Arizona 85210
Voice: (480) 820-0800
Fax: (480) 820-3575
E-mail: joe@volinlaw.com
E-mail: trucly@volinlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, | Case No: 2-09-bk-14808 RJH |
| Debtors. | RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE |

Debtors, Howard Richard Veal, Jr. and Shelli Ayesha Veal, through counsel undersigned, file their response to the Trustee's Motion to Dismiss Case as follows:

Debtors are filing a First Modified Chapter 13 Plan which provides for the delinquent plan payments.

WHEREFORE, the Debtors request that the Motion to Dismiss Case be denied.

DATED: August 29, 2012        JOHN JOSEPH VOLIN, P.C.

                             /s/ JJV, #09880
                             John J. Volin, #09880
                             Trucly Pham Swartz, #026088
                             1811 South Alma School Road
                             Suite 265
                             Mesa, AZ 85210
                             Attorney for Debtors

Copy of the foregoing mailed
8/29/2012 to the following:

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003


By:   /s/ JJV, #09880
      John J. Volin, #09880