

Jessica Peterson <jessi.v̶̶̶̶̶@gmail.com>

# U.S. Bankruptcy Court, District of Arizona - Undeliverable Notice, In re RICHARD VEAL, Case Number: 09-14808, RJH, Ref: [p-43133813]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com> Thu, Aug 30, 2012 at 2:35 PM
To: joe@volinlaw.com

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** c/o Mark S. Bosco US Bank National Association, as
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** US Bank, NA as Trustee
c/o Mark S. Bosco, 2525 E. Camelback, 3rd Floor, Phoenix, AZ 85016

**UNDELIVERABLE ADDRESS:** GOAL FINANCIAL
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** Goal Financial
ACS, PO Box 7051, Utica, NY 13504-7051

**UNDELIVERABLE ADDRESS:** MERS as nominee for the Bank of New York Mellon f/
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** MERS as Nominee for the Bank of New York Mellon
c/o Tiffany + Bosco, 2525 E. Camelback, 3rd Floor, Phoenix, AZ 85016

**UNDELIVERABLE ADDRESS:** C/O MARK S. BOSCO Wells Fargo Bank, N.A.
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** Wells Fargo Bank, NA
c/o Mark S. Bosco, 2525 E. Camelback, 3rd Floor, Phoenix, AZ 85016

**UNDELIVERABLE ADDRESS:** Deutsche Bank National Trust Company, as Trustee i
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** Deutsche Bank National Trust Company, as Trustee

c/o McCarthy, Holthus & Levine, 8502 E. Via de Ventura, #200, Scottsdale, AZ 85258-3240

**UNDELIVERABLE ADDRESS:** ACS, PO Box 78208, Phoenix AZ 85062-8208
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** ACS

501 Bleeker St, Utica, NY 13501

**UNDELIVERABLE ADDRESS:** Citi Residential Lending, PO Box 5926, Carol Stream IL 60197-5926
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** Citi Residential Lending

1100 Town and Country, Suite 1200, Orange, CA 92868

**UNDELIVERABLE ADDRESS:** Karen Ingram Kulwin, Fisher and Shapiro, LLC, 4201 Lake Cook Rd., Northbrook IL 60062-1060
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** Karen Ingram Kulwin,

Fisher and Shapiro, LLC, 2121 Waukegan Rd, Suite 301, Bannockburn, IL 60015

**UNDELIVERABLE ADDRESS:** Nationwide Credit & Collection, 9919 W. Roosevelt Rd., Westchester IL 60154
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** Nationwide Credit + Collection

815 Commerce Dr., Suite 270, Oak Brook, IL 60523

**UNDELIVERABLE ADDRESS:** Orchard Bank, HSBC Card Services, PO Box 60102, City Of Industry CA 91716-0102
**Reason Undeliverable:** Forwarding address with USPS: PO BOX 49352, SAN JOSE CA 95161-9352 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** Orchard Bank / HSBC Card Services

PO Box 49352, San Jose, CA 95161-9352

_____          9/11/12
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

B_P20914808nch13pln0546.PDF
6K

09/13/2012