John Joseph Volin, #09880
Trucly Pham Swartz, #026088
JOHN JOSEPH VOLIN, P.C.
1811 South Alma School Road, Suite 265
Mesa, Arizona  85210
Voice: (480) 820-0800
Fax:    (480) 820-3575
E-mail: joe@volinlaw.com
E-mail: trucly@volinlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, | Case No. 2-09-bk-14808 RJH |
| Debtors. | MOTION TO EXTEND TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATION RE: FIRST MODIFIED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE |

Debtors, Howard Richard Veal, Jr. and Shelli Ayesha Veal, through their

attorneys, respectfully request the Court grant an extension of time until November 23,

2012 to comply with the Trustee's Evaluation and Recommendation Report

("Recommendation") Re: First Modified Chapter 13 Plan.  Debtors' counsel requests this

extension as additional time is required to submit the Proposed Stipulated Order.

WHEREFORE, Debtors respectfully request an extension of time until November

23, 2012, to comply with the Trustee's Recommendation Re:  First Modified Chapter 13

Plan and submit a proposed Stipulated Order.

DATED: November 16, 2012                    JOHN JOSEPH VOLIN, P.C.


                                    /s/  JJV, #09880
                          By:       John J. Volin, #09880
                                    Trucly Pham Swartz, #026088
                                    1811 South Alma School Road
                                    Suite 265
                                    Mesa, Arizona 85210
                                    Attorneys for Debtors

Copy of the foregoing
mailed 11/16/2012, to:

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix AZ  85003


/s/ JJV,  #09880
John J. Volin