John J. Volin, #09880
Trucly Pham Swartz, #026088
JOHN JOSEPH VOLIN, P.C.
1811 South Alma School Road, Suite 265
Mesa, Arizona 85210
Voice: (480) 820-0800
Fax:    (480) 820-3575
E-mail: joe@volinlaw.com
E-mail: trucly@volinlaw.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HOWARD RICHARD VEAL, JR. and<br>SHELLI AYESHA VEAL,<br><br>                Debtors. | Chapter 13 Proceeding<br><br>Case No: 2-09-bk-14808 RJH<br><br>RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE |

      Debtors, Howard Richard Veal, Jr. and Shelli Ayesha Veal, through counsel undersigned, files their response to the Trustee's Motion to Dismiss Case as follows:

      Debtors are filing a second modified plan which provides for the delinquent plan payments.

      WHEREFORE, the Debtors request that the Motion to Dismiss be denied.

DATED: April 11, 2013        JOHN JOSEPH VOLIN, P.C.

                                                  /s/ JJV, #09880
                                           John J. Volin, #09880
                                           Trucly Pham Swartz, #026088
                                           1811 S. Alma School Rd., Suite 265
                                           Mesa, AZ 85210
                                           Attorney for Debtors

Copy of the foregoing mailed
April 11, 2013 to the following:

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ  85003


By:    /s/ JJV, #09880
       John J. Volin, #09880